### 9052.  SEAY *v.* McGEAKIN.

LUKE, J. There were no sufficient assignments of error in the petition for certiorari, and the judge of the superior court did not err in dismissing the same.

> *Judgment affirmed. Wade, C. J., and Jenkins, J., concur.*
> DECIDED MARCH 14, 1918.

Certiorari; from Fulton superior court—Judge Pendleton. June 6, 1917.

*Nalley & Scott, Albert Kemper,* for plaintiff in error.
*Burress & Dillard,* contra.